CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 28 2016

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 5:04-cr-30017-1 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| ROSALI PINEDA FUENTES, | ) | By: Hon. Michael F. Urbanski |
|     Petitioner. | ) |     United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, is

**DISMISSED**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the

active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion

to the parties.

ENTER: This 28th day of March, 2016.

/s/ Michael F. Urbanski
United States District Judge